UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 7A

---

Taraca Pacific Inc.,

                              Plaintiff,

    v.

United States,

                              Defendant.

Court No.

25-00124

25-00126

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated:   July 18, 2025

                                                      /s/Jeffrey S. Grimson
                                                          Attorney for Plaintiff

                                                   5335 Wisconsin Ave, NW, Suite 810
                                                                 Street Address

                                                             Washington, DC 20015
                                                         City, State and Zip Code

                                                                 202-688-3610
                                                                   Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____          Clerk, U. S. Court of International Trade

                                                    By: _____
                                                                    Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 25-00124<br>25-00126 | Taraca Pacific Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                Clerk, U. S. Court of International Trade

                                By: _____
                                          Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)